UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RICHARD C. VICKERMAN, ) | |
| ) | |
| Plaintiff, ) | 03:03-CV-00222-LRH-VPC |
| ) | |
| v. ) | |
| ) | ORDER |
| THE DEPT. OF HOUSING AND URBAN ) | |
| DEV. (HUD), et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

Presently before the court is a Motion to Reconsider (# 159[1]) filed by Plaintiff Richard Vickerman ("Vickerman"). Vickerman asks this court to reconsider its May 1, 2008, Order (# 157) finding that it would be inappropriate to enter default against Larry Robinson ("Robinson"). In its Order (# 157), the court concluded that Robinson is not a named party in this action and has not been served with process. Vickerman's motion has not provided any basis to disturb this conclusion. Vickerman has not demonstrated that Robinson is a named party to this action nor has he demonstrated that Robinson was served with process. At this late stage in the proceedings, it would be inappropriate to permit any amendment to the complaint to add additional parties. *See Forsyth v. Humana, Inc.*, 114 F.3d 1467, 1482 (9th Cir. 1997).

---

[1] Refers to the court's docket number.

1       IT IS THEREFORE ORDERED that Vickerman's Motion to Reconsider (# 159) is hereby
2  DENIED.
3       IT IS SO ORDERED.
4       DATED this 20th day of May, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE