AO 450 (Rev. 5/85)  Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

_____\*\*\*\*\*_____DISTRICT OF___NEVADA_____

RICHARD C. VICKERMAN,

             Plaintiff,                    **JUDGMENT IN A CIVIL CASE**

   V.

                                      CASE NUMBER: **3:03-CV-00222-LRH-VPC**

THE DEPARTMENT OF HOUSING AND
URBAN DEVELOPMENT, et al.,

             Defendants.

___    **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

_X_    **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

       **IT IS ORDERED AND ADJUDGED** that HUD's Motion to Dismiss (#187) is GRANTED. IT IS FURTHER ORDERED that Plaintiff's Motion to Defer Pretrial Order (#191) and "Motion to Move Ahead" (#197) are DENIED as moot.

   __June 2, 2010___                      **LANCE S. WILSON**
                                         Clerk

                                _/s/ D. R. Morgan___
                                     Deputy Clerk